UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMARA WAREKA aka TAMARA WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>- against -<br><br>3LAB, Inc.,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-1173<br><br>**COPYRIGHT INFRINGEMENT** |

# COMPLAINT

Plaintiff Tamara Wareka aka Tamara Williams, for her Complaint against Defendant 3LAB, Inc., alleges as follows:

## LOCAL CIVIL RULE 10.1 STATEMENT

1. The mailing addresses of the parties to this action are:

Tamara Wareka aka Tamara Williams
c/o Higbee & Associates
1504 Brookhollow Drive Suite 112
Santa Ana, CA 92705

3LAB, Inc.
100 West Sheffield Ave
Englewood, NJ 07631

/ / /
/ / /
/ / /
/ / /

1

## JURISDICTION AND VENUE

2. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

3. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

4. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of New Jersey, Defendant's acts of infringement were directed towards the state of New Jersey, Defendant caused injury to Plaintiff within the state of New Jersey, and Defendant has a physical presence in the state of New Jersey.

5. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claim occurred.

## PARTIES

6. Plaintiff Tamara Wareka aka Tamara Williams ("Williams") is an individual and professional photographer.

7. Defendant 3LAB, Inc. ("3LAB") is a privately owned company with an address of 100 West Sheffield Avenue Englewood, New Jersey 07631.

8. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as 3LAB, Inc., inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named

Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

9. Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed over 600,000 followers.

10. Williams' portfolio includes international clients and her work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more. Additionally, her work has been used commercially by brands such as *NARS, KKW, Fenty*, and *Benefit*.

11. Williams is the sole author and exclusive rights holder to one photograph of model Nuria Nieva (the "Nieva Photograph").

12. Attached hereto as Exhibit A is a true and correct copy of the Nieva Photograph.

13. Williams registered the Nieva Photograph with the United States Copyright Office under Registration Number VA 2-114-447.

14. Defendant 3LAB is a global leader specializing in high-tech skincare products. Their dynamic line of high-end, anti-aging products address multiple skin concerns from combating environmental damage to reducing fine lines and wrinkles.

15. 3LAB has been behind some of the biggest breakthroughs in the beauty industry.  It Within the company are over 40 chemists who discover and utilize the highest-grade botanical ingredients and innovative scientific technology to "contest the forces of nature and time."

16. It's Super "h" serum is an antioxideant powerhouse, lauded by the editors at Allure and featured as a "top splurge" wared winner in the magazine's 2014, 2015, and 2016 Best of Beauty issue. Its Super Cream uses "smart" technology to deliver antioxidants, encapsulated collagen, and elastin-producing peptides right where they're needed.

17. 3LAB maintains a Facebook page, https://www.facebook.com/3LABSkincare ("Facebook Page").

18. Williams is informed and believes 3LAB markets its products through its Facebook Page in order to attract user traffic and drive customer revenue.

19. On or about August 11, 2020, Williams discovered that the Nieva Photograph was being used by 3LAB on its Facebook Page to promote its luxurious Gold Standard Collection and portray potential results of what can be achieved with use of its product.

20. The caption of the Nieva Photograph posted and displayed on 3LAB's Facebook Page contains "@tamarawilliams1," the name of Williams' Instagram account at the time the post was made.

21. Attached hereto as Exhibit B is a true and correct screenshot of the use of Nieva Photograph on 3LAB's Facebook Page.

22. As of the date of this Complaint, the Nieva Photograph is still displayed on 3LAB's Facebook Page.

23. Attached hereto as Exhibit C is a true and correct time stamped screenshot of the continued use of the Nieva Photograph on 3LAB's Facebook Page.

24. 3LAB never purchased a license to use the Nieva Photograph in any manner.

25. Williams is informed and believes 3LAB uploaded the Nieva Photograph to 3LAB's Facebook Page.

4

26. Williams has made several attempts to settle this case prior to the filing of this Complaint.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq*

27. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

28. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Nieva Photograph.

29. Plaintiff is informed and believes and thereon alleges that said Defendant willfully infringed upon Plaintiff's copyrighted Photographs in violation of Title 17 of the U.S. Code, because, *inter alia*, the Defendant also knew or should have known that they did not have a legitimate license for the Nieva Photograph.

30. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

31. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

32. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Nieva Photograph by copying, displaying, and distributing it without a license or consent;

5

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: March 3, 2022,                    Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 30812012
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
mclark@higbeeassociates.com
*Attorney for Plaintiff*